# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| DONALD PAUL LENTZ,<br><br>        Plaintiff,<br><br>v.<br><br>NANCY A. BERRYHILL, Deputy Commissioner of Social Security for Operations,<br><br>        Defendant. | CASE NO. 3:17-cv-5916 JLR<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION |

The Court, having reviewed the Report and Recommendation of Judge J. Richard Creatura, United States Magistrate Judge, and the relevant record, does hereby find and ORDER:

(1)    The Court adopts the Report and Recommendation.

(2)    The matter is **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner for further consideration.

(3)    **JUDGMENT** is for plaintiff and the case should be closed.

(4)    The Clerk is directed to send copies of this Order to counsel of record.

1   Dated this 22 day of October, 2018.

                                        /s/ James L. Robart
                                        James L. Robart
                                        United States District Judge

ORDER ADOPTING REPORT AND
RECOMMENDATION - 2