1

2

3

4                                                    U.S. District Judge James L. Robart

5                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
6                                  TACOMA DIVISION

7

8    DONALD LENTZ,                              3:17-CV-05916-JLR
         Plaintiff,

9    vs.

10   COMMISSIONER OF SOCIAL SECURITY,           ORDER
         Defendant.

11

12       It is hereby ORDERED that attorney fees in the amount of $2,242.35 shall be awarded to

13   Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. Attorney fees will be

14   paid to Plaintiff's attorney, dependent upon verification that Plaintiff has no debt which qualifies

15   for offset against the awarded fees, pursuant to the Treasury Offset Program as discussed in

16   *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010). Attorney fees are paid pursuant to 28 U.S.C. §1920.

17       If Plaintiff has no such debt, then the check shall be made out to Plaintiff's attorney and

18   mailed to Plaintiff's attorney's office as follows: Kevin Kerr, P.O. Box 14490, Portland, OR

19   97293.  If Plaintiff has a debt, then the check for any remaining funds after offset of the debt

20   shall be made to Plaintiff and mailed to Plaintiff's attorney's office at the address stated above.

21       DATED this 5th day of February, 2019.

22

                              _____
                              UNITED STATES DISTRICT JUDGE

1

2   Recommended for Entry
    This ___ day of _____, 2019.

3

4   _____
    United States Magistrate Judge

5

6

    Presented by:

7
    s/ Kevin Kerr_____
8   KEVIN KERR, WSB #47715
    Schneider Kerr & Robichaux
9   PO Box 14490
    Portland, OR 97293
10  (503) 255-9092
    kevinkerr@schneiderlaw.com

11

12

13

14

15

16

17

18

19

20

21

22